In the United States District Court
for the District of Kansas

Case No. 20-01293

Brian Miller,

*Plaintiff*

v.

CNH Industrial America LLC,

*Defendant*

## VERDICT FORM

We, the jury, present the following answers to the questions submitted by the Court, to which we have unanimously agreed:

**Question 1:** Do you find any of the parties to be at fault?

_____NO   \_\_X\_\_YES

*If you answered "yes" to Question 1, proceed to Question 2. If you answered "no" to Question 1, do not answer Questions 2 or 3 and proceed only to Question 4.*

**Question 2:** Considering all of the fault at one hundred percent, what percentage of the fault is attributable to each of the following parties?

42

Brian Miller (0% to 100%) __40__ %

CNH (0% to 100%) __60__ %

TOTAL FAULT 100%

*If you found the fault of Miller to be less than 50% of the total fault, proceed to Question 3. If you found the fault of Miller to be 50% or greater, do not answer Question 3 and proceed to Question 4.*

**Question 3:** Without considering the percentage of fault set forth in question 2, what damages do you find were sustained by Brian Miller?

Noneconomic loss to date
$ __3,500,000__

Future noneconomic loss reduced to present value
$ __1,000,000__

Medical expenses to date
$ __1,477,084__

Loss or impairment of services as a spouse to Amanda Miller
$ __500,000__

TOTAL DAMAGES $ __6,477,084__

**Question 4:** Was the jury's agreement on all of the above questions unanimous?

____ NO __X__ YES



__2/15/23__
Date

_____
Foreperson

43