**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

BRIAN MILLER,

               Plaintiff,

    vs.

CNH INDUSTRIAL AMERICA LLC,

               Defendant.

Case No.  20-cv-01293-TC-TJJ

**MOTION TO ENTER JUDGMENT ON THE JURY'S VERDICT WITH POST-JUDGMENT INTEREST**

Comes now the Plaintiff and moves the court for an order of judgment in the amounts specified in the jury's verdict rendered February 15, 2023. In support, Plaintiff has filed a memorandum herewith.

Respectfully submitted,

/s/ Gaye B. Tibbets
Gaye B. Tibbets, #13240
Brad J. LaForge, #20323
Don D. Gribble, # 12163
D. Pamela Saenz, #28948
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Ste. 950
Wichita, Kansas 67202
Tel:  (316) 265-7741
Fax:  (316) 267-7803
Email:  tibbets@hitefanning.com
Email:  laforge@hitefanning.com
Email:  gribble@hitefanning.com
Email:  saenz@hitefanning.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of February, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ Gaye B. Tibbets</u>
Gaye B. Tibbets