**In the United States District Court
for the District of Kansas**

---

Case No. 6:20-cv-01293-TC

---

BRIAN MILLER,

*Plaintiff*

v.

CNH INDUSTRIAL AMERICA LLC,

*Defendant*

---

## JUDGMENT IN A CIVIL CASE

☒ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☐ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

This matter was tried to a jury, commencing February 7, 2023. The jury returned a unanimous verdict for Plaintiff Brian Miller, finding Defendant CNH Industrial America LLC 60 percent at fault and Miller 40 percent at fault. Doc. 224 at 1–2. The jury awarded damages as follows: $3,500,000 for noneconomic loss to date; $1,000,000 for future noneconomic loss reduced to present value; $1,477,084 for medical expenses to date; and $500,000 for loss or impairment of services as a spouse to Amanda Miller. *Id.* at 2. Total damages in the amount of $6,477,084 are reduced by percentage of fault in accordance with Kansas law.

**IT IS ORDERED AND ADJUDGED** pursuant to the verdict rendered by the jury that judgment is entered against CNH in the total amount of $3,886,250.40, which includes $2,100,000 for noneconomic loss to date; $600,000 for future noneconomic loss reduced to present value; $886,250.40 for medical expenses to date; and $300,000 for loss or impairment of services as a spouse to Amanda Miller.

1

APPROVED:


  s/ Toby Crouse
Toby Crouse
United States District Judge


Date: February 22, 2023          SKYLER B. O'HARA
                                 CLERK OF THE DISTRICT COURT

                                 By:   s/ Traci Anderson
                                 Deputy Clerk

2